Case: 4:26-cv-00046-NCC   Doc. #: 1   Filed: 01/12/26   Page: 1 of 5 PageID #: 1

RECEIVED
JAN 12 2026
BY MAIL

FILED
JAN 12 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Federal court of the eastern District of Missouri
St. Louis Division

David C. Letheri
    Plaintiff

4:26-cv-00046-NCC

- against -

Index NO. _____

Keetegroup
Bureau of prisons
Federal medical center Devens
B. Cinnuty
D. English
S. Gondulaz
    Defendant

Complaint

The plaintiff acting pro se up for a verified complaint herein respectfully alleges as follow:

1. The plaintiff is forced to stay at Federal Medical Center Devens under a false charge at P.O. Box 879, ayer, Ma 01432

2. The defendants Federal Medical Center Devens, B. Cinnuty, D. English and S. Gondulaz is located at P.O. Box 879, ayer, Ma 01432

3. The Keetegroup is located at 16880 LinPan Place, Saint Louis, Mo 63132

4. The Bureau of prisons is located at 400 First Street, NW 4th Floor washington, D.C. 20534

5. This complaint is in regards to a TV show that was

purchased from the store it Tablet Device. The name of the TV show is called agents of S.H.I.E.L.D. It was the seventh episode of the first season. It was called the well.

6. The description states: a crossover with "Thor: The Dark World" (2013) finds the agents dealing with the aftermath of the films events, which pose a danger to one member of the team.

7. The rating is PG-13

8. The Duration is Fourty-three mins

9. One actor is clark clegg

10. One actress is ming-nana

11. It was made in 2013.

12. The defendants policy were a bit restricted. First one tv show could be rented. Second it could be viewed for only two days. Third a timer is on which is one hour and five minutes could be watched.

13. The plaintiff had twenty-four minutes in which did not see and such had breach a contract since had a right to such.

14. The purchase date was December 14, 2025

15. On March 27, 2025 B. Cinnut a, D. Ehylish and S. Gonulaz, had a meeting with the plaintiff was threaten if continue to file grievences would be transfer to possible a more dangerous facility, where could be stabbed, which cant yell for help because of a parazyled vocial cord or limited on the grievences filed.

15. Since then the plaintiff has been limited on the grievences and had been put in special housing unit one

false ticket for fifty-eight days where had Be assaulted to where wrist were Bleeding and had cough up Blood where medicial didn't cure.

16. The description was Incorrect since It wasn't a crossover of the movie Thor: the Dark world and the matter wasn't from such. Granted It had to do with the Thor storyline But not what the description claims.

as For a First cause of action
Breach of contract

13. Since purchasing the Tv show had created an agreement In which by having the misleading description had violated and Breach such contract.

as For a Second cause of action
Breach of Duty care

14. The defendants had a duty not to mislead a customer Into purchasing a Tv show on Incorrect Information. as such had Breach a Duty of care.

as For a third cause of action
abuse of process

20. The plaintiff Because of the threats made and the damages done Is unable to do the administrive remedies In which such Be claim by the defendants under Title 42

United States code 1947(e).

### As Fourth cause of action
### Macchuetts General Law 12 1-1
### Civil rights torts.

21. By the threats made by the defendants R. Cannata and P. English had put the plaintiff in a great deal of fear that had obstructed the plaintiff First amendment of free speech, fifth amendment due process, and First amendment access to the courts.

### As For a Fifth cause of action
### Masschuetts General Law 93A
### deciptive acts

22. The plaintiff had exepted to see a crossover tie in from the move Thor: The Dark world no a side story of a character from Thor's history. As such violated Masschuetts General Law 93A.

Wherefore the plaintiff demands Judyement as Follow:

1. On the First cause of action, Damages In the sum of $15,000 For Breach of contract.
2. On the second cause of action, Damages In the sum of $15,000 For Breach of Duty care.
3. On the third cause of action, Damages In the sum of

$10,000 for ~~release of bass class salest 600 fast 7~~.

4. On the Fourth cause of action damages in the sum of $60,000 for violation of Masschetts General Law 12H?-7

5. On the Fifth cause of action, damages in the sum of $15,000 for violation of Masscheetts General Law 93A.

6. For all other, such, just, eqvitable the courts may see fit and proper.

The plaintiff states all facts to be true and accuracy under the penalty of perjury from the best of my knowledge.

Thank you,

/s/

David C. Lettieri